# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --            )
                               )

Custom Mechanical Systems, Corp.   )     ASBCA No. 59388
                               )

Under Contract No. W912QR-12-C-0050   )

APPEARANCE FOR THE APPELLANT:     R. Dale Holmes, Esq.
                                      Cohen Seglias Pallas Greenhall &
                                        Furman PC
                                      Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:   Thomas H. Gourlay, Jr., Esq.
                                       Engineer Chief Trial Attorney
                                       Kevin M. Finley, Esq.
                                       Travis D. Van Ort, Esq.
                                       Engineer Trial Attorneys
                                       U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL

Pursuant to a mediation conducted by the Board, the parties have settled the appeal. The parties jointly move the Board to dismiss the appeal with prejudice.

The parties' motion is granted, and the appeal is dismissed with prejudice.

Dated: 27 August 2015

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59388, Appeal of Custom Mechanical Systems, Corp., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals